AO 106 (Rev. 04/10) Application for a Search Warrant

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

AUG 29 2014

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  14-1772 WC
Information Associated with Cellular Telephone Number 240-289-3210, a )
black and white Samsung, Model SGH-T Cellular Telephone, Serial )
Number R26B777368Y, IMEI Number 356850/04/099262/8 that is Stored )
at Premises Controlled By T-Mobile )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1

located in the _____ District of ____Maryland____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 924(c) | Use of a Firearm in Furtherance of a Crime of Violence |
| 18 U.S.C. 1951 | Hobbs Act Robbery |

The application is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.
☐ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Special Agent John Cooney
Printed name and title

Sworn to before me and signed in my presence.

Date: August 7, 2014
       4:15 p.m.

_____
Judge's signature

City and state: Greenbelt, Maryland

Judge William Connelly
Printed name and title